UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTC REAL ESTATE SERVICES, | ) 1:06-cv-1278-AWI-SMS |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS RE: MOTION OF |
| | ) UNITED STATES OF AMERICA'S MOTION |
| BILL FELTON, et al., | ) TO REMAND ACTION TO STATE COURT |
| | ) (DOCS. 5, 11) |
| Defendants. | ) |
| | ) ORDER REMANDING THE ACTION TO THE |
| | ) MERCED COUNTY SUPERIOR COURT |

   Defendant removed this action for damages from the Merced County Superior Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is the motion of Defendant United States of America to remand the action to state court.

   On October 30, 2006, the Magistrate Judge filed findings and a recommendation that Defendant's motion to remand the action to state court be granted. The findings and recommendation were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within ten (10) court days after the date of service of the order. No party has filed any objections.

1

1    In accordance with the provisions of 28 U.S.C. § 636
(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
review of the case. Having carefully reviewed the entire file,
the Court finds that the report and recommendation are supported
by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendation filed October 30, 2006,
are ADOPTED IN FULL; and

   2. Defendant's motion to remand the action to state court IS
GRANTED, and the action IS ORDERED REMANDED to the Merced County
Superior Court.

   3.  The Clerk of the Court shall mail to the Clerk of the
Merced County Superior Court a copy of this Order.

IT IS SO ORDERED.

**Dated:   November 22, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

2